"In care of"

Jameel Lokhart

7430 2nd ave

Detroit, MI. 48202

06/16/2023

Case: 2:23-cv-11873
Judge: Berg, Terrence G.
MJ: Stafford, Elizabeth A.
Filed: 08-02-2023 At 02:54 PM
CMP LOCKHART V DELUCA, ET AL (LG)

## UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

Jameel Lockhart ]

    Plaintiff's ]

        Vs. ]

Steven Deluca

Wesley J. Neal

Judge Leslie Kim Smith

Judge Patricia Fresard

Holzman Law (successor and assigns)

One Detroit Credit Union ]

    Defendants ]

Request for Hearing

Reserve The Right To Amend

Case #:

### 1.5 MILLION DOLLAR CLAIM FOR VIOLATION OF FOREIGN AGENT REGISTRATION ACT. OF 1938 AND VIOLATION OF THE F.D.C.P.A. ACT 1692, WIRE FRAUD 18 U.S.C. 1343, MAIL FRAUD 18 U.S.C. 1341, AND R.I.C.O.

["Cujusque Rei Potissima Pars"][The Principle Part Of Everything Is In The Beginning]

Jameel Lockhart, proceeding *in propia persona*, states the FDCPA mandates debt collectors can't use false, deceptive, or misleading practices. The defendant is a foreign agent attacking a state citizen without a FARA registration statement filed with the National Attorney General's office in violation of The Foreign Agent Registration Act. In 1938. FARA is codified at 22 U.S.C. § 611 et seq. and its implementing rules are located at 28 C.F.R. § 5.1 et seq. The Foreign Agents Registration Act is a United States law passed in 1938 requiring that agents representing the interests of foreign powers in a "political or quasi-political capacity" disclose their relationship with the foreign government and information about related activities and finances. 18 U.S.C. § 951 provides criminal penalties for anyone, other than a diplomat, to operate as an agent of a foreign government without first notifying the United States Attorney General For National Security. A review of the archives shows the agent (defendant) in this case is not registered with the Attorney General For National Security and is in violation of FARA codified at 22 U.S.C. § 611 et seq. in violation of Federal Law. The FDCPA, also dictates that debt collectors must be registered with the Attorney General in the State they are attempting to collect debts in. These requirements are required by law to be a legal debt collector and without them the defendant is operating outside of the law and is liable in his personal capacity for the damages they cause during the unlawful collection attempts. The defendant does not have the legal requirements on the record to be a legal debt collector, and is operating outside of the law, whereby the **"clean hands doctrine"** would bar the court from granting the defendant equity.

## I. PARTIES:

a. Jameel Lockhart

b. Steven Deluca, Wesley J. Neal

c. Holzman Law (Sucessor and assigns)

d. One Detroit Credit union

e. Judge Leslie Kim Smith

f. Judge Patricia Fresard

## II. Jurisdiction:

2.1 The Constitution and 28 U.S.C. § 1332 vest federal courts with jurisdiction to hear cases that "arise under" federal law.

2.2 The Constitution vests federal courts with the authority to hear cases "arising under th[e] Constitution [or] the Laws of the United States." U.S. Const. art III, § 2. Congress vests federal district courts with subject-matter jurisdiction over cases involving questions of federal law: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

## III. The Two Jurisdictions For The Court To Operate Under:

3.1 Plaintiff, is only aware of two jurisdiction the court can operate under as per the Constitution, and those jurisdiction are **Common Law**, and **Admiralty Jurisdiction**.

3.2 The plaintiff demands this case be heard in a court of common law, and if the court chooses to proceed under Admiralty Jurisdiction, plaintiff will need the court to inform him where the rules of procedures for admiralty jurisdiction can be found for plaintiff's review to prevent the court from liability for "obstruction of the administration of justice".

## IV. A Federal Question- Jurisdiction and Statement of a Claim:

4.1 The test for determining whether allegations are sufficient to confer federal question jurisdiction has two prongs.

4.2 First, pursuant to statute, the plaintiff has presented a federal question-a claim "arising under the Constitution, laws, or treaties of the United States. See: *18. 28 U.S.C. § 1331 (1982). This statutory requirement is grounded in the Constitution. See U.S. Const. art. III, § 2.* "1" Second, courts have added the requirement that the federal question must be "substantial."' *See: See Hagans v. Lavine, 415 U.S. 528, 536-38 (1974); Bell v. Hood, 327 U.S. 678, 682-83 (1946); 13B C. Wright, A. Miller & E. Cooper, Federal Practice and Procedure § 3564, at 66-77 (1984).* Also

plaintiff claims the defendant is in violation of The Foreign Agent Registration Act. Of 1938, a Federal Law. The Attorney is s foreign agent.

### V. Reservation Of Rights Under UCC-1-308:

5.1 I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

5.2 The code is complementary to the common law, which remains in force, except where displaced by the code.

5.3 A statute should be construed in harmony with the common law, unless there is a clear legislative intent to abrogate the common law.

5.4 The code was written as not to abolish the common law entirely. Plaintiff was not involved with an international maritime contract, so in good faith, plaintiff denies that such a contract exists, and demand the court proceed under Common Law Jurisdiction.

### VI. Elements Of A FDCPA Claim:

6.1 A plaintiff who brings a suit under the FDCPA must prove the following elements in order to successfully make out his or her claim:

(1) That plaintiff is a "consumer" as defined by 15 U.S.C. § 1692 a (3);

(2) That the debt arises out of a transaction entered into for personal purposes;

(3) That the defendant is a "debt collector" as defined by 15 U.S.C. § 1692a (6); and

(4) That the defendant violated one of the provisions contained in 15 U.S.C. §§ 1692 a-1692.

6.2 The plaintiff is a consumer as shown by the alleged auto loan billing statements.

6.3 The alleged auto loan was created by the borrower's signature. The defendant is a debt collector as noted in their emails and phone communications as well as the business description.

6.4 The defendant violated provisions defined in 15 U.S.C. Sec. 1692 false misrepresentation in the course of collecting a debt.

6.5 The FDCPA mandates debt collectors can't use false, deceptive, or misleading practices.

### VII. Violation of The FARA And THE FDCPA:

7.1 The attorney is in violation of Federal Law because they failed to register as a foreign agent with the Attorney General For National Security as mandated by Foreign Agent Registration Act. Of 1938. The attorneys misrepresented themselves as legal debt collectors when in fact they are an un-registered foreign acting unlawfully.

7.2 The law firm nor the attorney meet the requirements mandated in the FARA, or the FDCPA, necessary to be a legal debt collector because they are not registered with the Attorney General for National Security as a foreign agent, and they do not have their FARA registration form available for inspection.

7.3 The FDCPA, mandates the attorney, and the law firm must have a license to be a debt collector, a bond, and they must be registered with the Attorney General in the State they are collecting in and in this case the defendant is not licensed to collect debts, have a bond nor have the defendant registered with the attorney General In this State.

7.4 The debt collector in this case is in violation of the FDCPA, they do not meet the legal requirements to be considered a debt collector and therefore have no standing before the court.

7.5 The violation of the FARA, and the FDCPA, raises Federal questions and therefore the Federal Court has jurisdiction to make a determination on the matter. Picking v. Pennsylvania R. Co. 151 Fed. 2nd 240; Pucket v. Cox 456 2nd 233.

7.6 The Federal Law mandates any debt collection company attempting to collect debt within the state of Michigan, must be bonded and licensed to do so. Failure of the Corporation to maintain active surety bond, warrants grounds for immediate ceasing of collection activities and reporting to major credit bureaus.

7.7 The debt collector company cannot at any point engage in abuse, threats, coercion, **misrepresentation, fraud, harassment, unfair means, and deception to collect debt.**

7.8 The debt collection company must provide proof that they have the authority to collect fees, interest or expenses above the original balance; such proof may be a signed document by the debtor.

7.9 The debt collector unlawfully and without permissible purpose accessed Jameel Lockhart's credit report leaving an unauthorized hard inquiry.

## VIII. Factual Allegations:

8.1 Plaintiff received numerous harassing letters from the Defendant about an alleged debt that was charged off the original corporations' books months before the defendant purchased the alleged debt for pennies on the dollar.

8.2 Plaintiff demanded verification of the alleged debt, and the debt was sold to the current unlawful collector to avoid providing verification process.

8.3 Defendant falsely reported the information regarding the alleged debt owed by Plaintiff to one or more consumer-reporting agencies and failed to report the debt as being in dispute as required by FDCPA.

8.4 This public reporting to consumer-reporting agencies constitutes defamation as Defendant has publicized false information about the alleged money owed by Plaintiff, which is false.

8.5 The conduct of Defendant has caused Plaintiff past and future monetary loss, past and future damage to Plaintiff's credit and credit worthiness, loss of personal property past and future mental distress and emotional anguish, and other damages that will be presented to the jury at trial.

8.6 It is a practice of Defendant to maliciously, willfully, recklessly, wantonly and/or negligently ignore and refuse to follow the requirements of the FDCPA, and state law.

8.7 All actions taken by employees, agents, servants, or representatives of any type for Defendant were taken in the line and scope of such individuals' (or entities') employment, agency, or representation.

8.8 All actions taken by attorneys and judges were done with malice, were done willfully, and were done with either the desire to harm Plaintiff and with the knowledge that their actions would very likely harm Plaintiff.

8.9 The defendant's knew or should have known their actions were in reckless disregard of the FDCPA, and Federal Law.

8.10 Defendant has engaged in a pattern and practice of wrongful and unlawful behavior with respect to collection activities and the handling of the account as set forth in this Complaint and as such Defendant is subject to punitive, compensatory, and statutory damages and all other appropriate measures to punish and deter similar future conduct by the Defendant or his corporation.

### IX. Facts Of The Claim-Violations of The Federal Law:

9.1 Defendant, which is a debt collector under the FDCPA, violated the FDCPA in numerous ways, including, but not limited to mis-representation, and the following:

9.2 The defendant is not registered with the Attorney General for National Security in violation of the Foreign Agent Registration Act of 1938, and does not have their FARA registration form available for inspection.

9.3 The attorneys in the law firm do not have a license to practice law.

9.4 The attorneys do not have a license with the State to be a legal debt collector.

9.5 The attorney's law firm does not have a license to be a legal debt collector.

9.6 The law firm does not have a bond as mandated in the FDCPA.

9.7 The law firm is not registered with the Attorney General in the State of Michigan

9.8 Refusing to verify or to provide validation of the debt;

9.9 Not showing the account/trade-line as being in "dispute" on Plaintiff's credit report;

9.10 Falsely reporting the debt on Plaintiff's credit report.

9.11 Plaintiff has been damaged as a direct result of these violations of the FDCPA as set forth in this Complaint.

9.12 Such negligence, malice, wantonness, recklessness, and/or intentional conduct proximately caused the damages set forth in this complaint.

### 1st- Claim- Violation of Foreign Agent Registration Act of 1938:

The defendant is in violation of the FARA, he is not registered with the Attorney General For National Security and he does not have a copy of the registration form available for inspection.

### 2nd- Claim Violation of the FDCPA,

The law firm nor the attorney meet the requirements mandated in the FARA, or FDCPA, to be a legal debt collector. Steven Deluca et al performed an unauthorized hard inquiry on Jameel Lockhart's credit report.

### 3rd- Claim R.I.C.O. Violations:

4.2 The debt included the fact that exaction of a usurious interest rate rendered the debt unlawful and that is all that is necessary to support the Civil RICO action. Durante Bros. & Sons, Inc. v. Flushing Nat. Bank, 755 F.2d 239, cert. denied, 473 US 906 (1985).

### 4th- Claim Legal Prejudice:

Legal prejudice refers to a condition shown by a party that will defeat the action of an opposing party. In other words, it is a fact or condition which may defeat the opposing party's case, if the same is established or shown by a party to litigation.

### 5th- Claim Failure To Establish Agency:

6.1 The debt collectors cannot establish agency and therefore have no legal authority to be collecting a debt.

6.2 The people have rights, Corporations do not have rights. Among these "Rights" is the right to contract, the people have this right under 42 USC 1981.

6.3 The people exercise this right by their signature and/or Social Security Number.

### 6th- Claim -The Right To Contract:

7.1 The right to contract is reserved to the people. This is established by the age-old principle of "Agency". To establish an "Agency", the "Principal" must ask the "Agent" to perform a task. The "Agent" must agree to perform the task.

### 7th- Claim -Violation of Mail Fraud Statutes: 18 U.S.C. 1341

8.1 The defendant is in violation of Federal Mail Fraud statutes using the U.S. Postal Service to deliver fraudulent statements to unsuspecting victims.

### 8th- Claim Violation of Federal Wire Fraud Statutes:

9.1 The elements of wire fraud under Section 1343 directly parallel those of the mail fraud statute, but require the use of an interstate telephone call or electronic communication made in furtherance of the scheme. *United States v. Briscoe*, 65 F.3d 576, 583 (7th Cir. 1995) (*citing United States v. Ames Sintering Co.*, 927 F.2d 232, 234 (6th Cir. 1990) (per curiam)); *United States v. Frey*, 42 F.3d 795, 797 (3d Cir. 1994) (wire fraud is identical to mail fraud statute except that it speaks of communications transmitted by wire); *see also, e.g., United States v. Profit*, 49 F.3d 404, 406 n. 1 (8th Cir

### 9th Claim

**Conspiracy to violate constitutional rights.**

**Violation of right to property**

1. Judge Leslie Kim Smith, Judge Patricia Fresard along with Steven Deluca, Wesley J Neal et al. have conspired to unlawfully deprive Jameel Lockhart of his property; 2011 Jaguar XJL. Their actions of entering a default judgment would generally be within her Constitutional and statutory authority, however in this specific matter his actions are not within her Constitutional and statutory authority and are in violation of my fundamental and constitutionally guaranteed rights making default judgment void on its face.**There is no valid lien on file with the Michigan Secretary of State that would give One Detroit credit union et al any right to Jameel Lockhart's private property; 2011 Jaguar XJL. Furthermore One Detroit credit union has admitted that Jameel Lockhart has a zero balance with them as evidenced in the most recent account statement.**

That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. [**Hoke vs. Henderson,15, N.C.15,25 AM Dec 677**].

### Reservation of Rights:

"I reserve my right not to be compelled to perform under any contract, commercial agreement or bankruptcy that I did not enter knowingly, voluntarily, and intentionally, and furthermore, I do not and will not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement or bankruptcy."

I have reserved my rights under the UCC 1-308, formally 1-207, and demand the statutes used in this court be construed in harmony with Common Law.

The code is complementary to the common law, which remains in force, except where displaced by the code. A statute should be construed in harmony with the common law unless there is a clear legislative intent to abrogate the common law.

The code was written as not to abolish the common law entirely.

10.5 I was not involved with an international maritime contract, so in good faith, I deny that such a contract exists, and demand the court proceed under Common Law Jurisdiction. I'm only aware of two jurisdictions the court can operate under as per the Constitution, and those jurisdictions are Common Law, and Admiralty Jurisdiction.

10.6 If the court chooses to proceed under Admiralty Jurisdiction, I' will need the court to inform me where I' can find the rules of procedure for admiralty jurisdiction for my review, to avoid a violation of my due process, which will result in a civil claim against the court for obstruction of the administration of justice.

### Elements for Common Law:

a. Controversy (The listed defendants)

b. Specific Claim (wrongful property seizure, violation of FARA)

c. Specific Remedy Sought by Claimant (1.5 million dollars, return of seized property)

d. Claim Must be Sworn To (Affidavit of Verification attached), and I will verify in open court that all herein be true.

**Relief Sought:**

1. An award of statutory, actual, compensatory, and punitive damages in the amount of 1.5 million dollars.

2. 2011 Jaguar XJL VIN: **SAJWA2GB5BLV17355** to be returned to Jameel Lockhart.


*[Signature]*                                                Date: 8/2/2023
Jameel Lockhart

Without Prejudice UCC 1-308


### CERTIFICATE OF SERVICE

I hereby certify that on the ____2nd____ day of August 2023, the foregoing document was served on the defendants listed below by placing the same in the USPS mail. certified tracking number: 7021 2720 0001 8747 3898

*[Signature]*
Jameel Lockhart

Without Prejudice UCC 1-308



Steven Deluca and Wesley J Neal

Holzman Law

28366 Franklin Rd,

Southfield, MI 48034

Lawsuit For FDCPA Violation

JS 44 (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jameel Lockhart

**DEFENDANTS**
Steven DeLuca

**(b)** County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
7430 2nd Ave
Detroit MI 48202

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | | [ ] 830 Patent | [ ] 450 Commerce |
| [x] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | **LABOR** | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [x] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [x] 190 Other Contract | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | | | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FARA FDCPA

Brief description of cause:
Violation of Constitutional right and FDCPA

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Leslie Kim Smith
DOCKET NUMBER: _____

DATE: 8/2/2023
SIGNATURE OF ATTORNEY OF RECORD: *[signature]* ARC

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)   ☐ Yes  ☒ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

    Notes :